No. 94–6541. ECHOLS v. YUKON TELEPHONE CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6545. CLECKLEY v. ABATE ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–6547. CLARK v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 94–6568. LAWRIE v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 94–6580. FRETER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6581. DURHAM v. HENMAN, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–6582. BELL v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 94–6585. HEATH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6607. COOK v. EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6619. WALLACE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6626. SEIWELL v. LEWIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6630. BROUGHTON v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6671. SINGLETERRY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–6672. SHERRILL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6677. GILLIARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.